Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. James J. Danaher, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Kasimer Rodziewicz, appellee, v. Katherine Pawlak and Joseph Pawlak, appellants. Gen. No. 27,608.

Action upon an appeal bond. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922.

E. M. Seymour, for appellants. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Alexander White, appellant, v. Joseph Wolf and James E. Pepper Distilling Company, appellees. Gen. No. 26,461.

Suit asking for the appointment of a receiver for a corporation, for marshaling of assets and their distribution among creditors and stockholders, and that a resolution ordering the issuance of stock to defendant Wolf be declared void and the certificate ordered delivered up by him. Answer, and cross-bill alleging that stock held by complainant belonged to defendant Wolf and asking that complainant be restrained from disposing of such stock and that Wolf be decreed the owner. Bill dismissed and relief granted on the cross-bill. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed December 11, 1922. *Certiorari* denied by Supreme Court (making opinion final).

D. K. Tone and Gabriel J. Norden, for appellant; McCormick, Kirkland, Patterson & Fleming and Morse Ives, of counsel. Newman, Poppenhusen, Stern & Johnston and Charles V. Barrett, for appellees; Jacob Newman, Edward R. Johnston, Charles V. Barrett and Henry Jackson Darby, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Francis W. McNamara, appellee, v. London Guarantee & Accident Company, appellant. Gen. No. 27,269.

Suit for reformation of certain contracts and for an accounting. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed December 11, 1922. Rehearing denied December 22, 1922. *Certiorari* denied by Supreme Court (making opinion final).

F. J. Canty and Landon & Holt, for appellant; Robert N. Holt, of counsel. Willard M. McEwen and George F. Mulligan, for appellee; George F. Mulligan, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

First National Bank of Allegan, Michigan, defendant in error, v. Frank M. McKey et al. Philip Dray, plaintiff in error. Gen. No. 27,450.

Suit against trustees of bankrupt estates praying that complainant be declared the owner of certain notes and for an injunction. Pre-